# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| TAMMY PINEDA and SERGIO PINEDA, | Case No. 1:11 CV 01399 AWI DLB |
| Plaintiffs, | |
| vs. | **AMENDED ORDER OF DISMISSAL PURSUANT TO RULE 41(A)** |
| GOLDEN VALLEY HEALTH CENTERS; MODESTO RADIOLOGICAL MEDICAL GROUP, INC.; MODESTO RADIOLOGY IMAGING; AJIT S. NIJJAR, M.D.; JOSEPH FLUENCE, M.D.; WARREN DAVID CLIFT, M.D.; STANFORD HOSPITAL AND CLINICS; and DOES 1-100, Inclusive, | **ORDER DIRECTING THE CLERK OF THE COURT TO RE-OPEN THIS ACTION AS TO REMAINING DEFENDANTS** |
| Defendants. | |

On October 14, 2011, the parties filed a stipulation to dismiss Defendant Warren David Clift, M.D. Through an administrative error, on October 18, 2011, the court mistakenly dismissed this action as to all Defendants and closed this case.

Rule 60(a) of the Federal Rules of Civil Procedure permits the court to relieve parties from a final order or judgment on grounds of "mistake, inadvertence, surprise, or excusable neglect". Fed. R. Civ. P. 60(b). A review of this action reveals the parties only intended to dismiss Defendant Warren David Clift, M.D. Accordingly, the court ORDERS that:

1. The Court's October 18, 2011 order is AMENDED to dismiss Defendant Warren David Clift, M.D. ONLY;
2. The Clerk of the Court is DIRECTED to re-open this action; and
3. This action will continue as to the remaining Defendants.

IT IS SO ORDERED.

Dated:   October 19, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE

[Proposed] Order of Dismissal Pursuant to Stipulation of All Parties – 1:11 CV 01399 AWI DLB

1

00092480.WPD