Peter J. Kelly, Esq., Bar No. 50878
Stephanie Roundy, Esq., Bar No. 211871
RIGGIO MORDAUNT & KELLY
A Professional Law Corporation
2509 West March Lane, Suite 200
Stockton, CA  95207
Telephone: (209) 473-8732

Attorneys for Defendants
AJIT S. NIJJAR, M.D.,
MODESTO RADIOLOGY IMAGING, and
MODESTO RADIOLOGICAL MEDICAL GROUP, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY PINEDA and SERGIO PINEDA,<br><br>            Plaintiff(s),<br><br>vs.<br><br>GOLDEN VALLEY HEALTH CENTERS, JAMES A. KRAUS, M.D.; SUSAN KRAUSE, M.D., et al.<br><br>            Defendant(s). | Case No. 1:11-CV-01399-AWI-DLB<br><br>STIPULATION TO CONTINUE MOTION FOR SUMMARY JUDGMENT ON BEHALF OF AJIT NIJJAR, M.D., MODESTO RADIOLOGICAL MEDICAL GROUP, INC. AND ORDER |

It is hereby stipulated by and between all parties having appeared in the above-entitled action through their designated counsel of record, that the hearing on the motion for summary judgment on behalf of defendants AJIT S. NIJJAR, M.D., MODESTO RADIOLOGY IMAGING and MODESTO RADIOLOGICAL MEDICAL GROUP, INC. will be continued to February 27, 2012 at 1:30 p.m. in Department 2. The dates for opposition and reply papers will run with the new hearing date of February 27, 2012.

It is further stipulated by and between all parties that this stipulation may be signed in

///

///

///

///

1

STIPULATION FOR CONTINUANCE OF
MOTION FOR SUMMARY JUDGMENT

counter parts and that a faxed copy of the signatures will be as valid as an original.

Dated: 1/9/12							SCARLETT LAW GROUP


								By:  /s/ Randall H. Scarlett
									Randall H. Scarlett, Esq.
									Attorneys for Plaintiffs
									TAMMY PINEDA and SERGIO PINEDA


Dated: 1/10/12							SCHEUERMAN, MARTINI & TABARI


								By:  /s/ David Scheuerman
									David Scheuerman, Esq.
									Attorneys for Defendants STANFORD
									HOSPITAL and CLINICS


Dated: 1/10/12							McCORMICK, BARSTOW, SHEPPARD,
								WAYTE & CARRUTH


								By:  /s/ Matthew Hawkins
									Matthew Hawkins, Esq.
									Attorneys for Defendant
									JOSEPH FLUENCE, M.D.

Dated: 1/10/12							OFFICE OF THE UNITED STATES
								ATTORNEY


								By:  /s/ Alyson A. Berg
									Alyson A. Berg, Esq.
									Counsel of Defendant
									UNITED STATES

Dated: 1/10/12							RIGGIO MORDAUNT & KELLY


								By:  /s/ Peter J. Kelly
									Peter J. Kelly, Esq.
									Attorneys for Defendants
									AJIT S. NIJJAR, M.D. and  MODESTO
									RADIOLOGICAL MEDICAL GROUP,
									INC.

///

///

///

STIPULATION FOR CONTINUANCE OF
MOTION FOR SUMMARY JUDGMENT

**O R D E R**

Having reviewed and considered the foregoing stipulation of the parties,

IT IS ORDERED that the hearing on the motion for summary judgment on behalf of defendants AJIT S. NIJJAR, M.D., MODESTO RADIOLOGY IMAGING and MODESTO RADIOLOGICAL MEDICAL GROUP, INC. will be continued to February 27, 2012 at 1:30 p.m. in Department 2.  The dates for opposition and reply papers will run with the new hearing date of February 27, 2012.

IT IS SO ORDERED.

Dated:   January 10, 2012          _____
                                    CHIEF UNITED STATES DISTRICT JUDGE

Riggio, Mordaunt & Kelly
2509 W March Lane
Suite 200
Stockton, CA 95207
(209) 473-8732

3

STIPULATION FOR CONTINUANCE OF
MOTION FOR SUMMARY JUDGMENT