Peter J. Kelly, Esq., Bar No. 50878
Stephanie Roundy, Esq., Bar No. 211871
RIGGIO MORDAUNT & KELLY
A Professional Law Corporation
2509 West March Lane, Suite 200
Stockton, CA  95207
Telephone: (209) 473-8732

Attorneys for Defendants
AJIT S. NIJJAR, M.D.,
MODESTO RADIOLOGY IMAGING, and
MODESTO RADIOLOGICAL MEDICAL GROUP, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY PINEDA and SERGIO PINEDA,<br><br>       Plaintiff(s),<br><br>vs.<br><br>GOLDEN VALLEY HEALTH CENTERS, JAMES A. KRAUS, M.D.; SUSAN KRAUSE, M.D., et al.<br><br>       Defendant(s). | Case No. 1:11-CV-01399-AWI-DLB<br><br>STIPULATION TO CONTINUE MOTION FOR SUMMARY JUDGMENT ON BEHALF OF AJIT NIJJAR, M.D., MODESTO RADIOLOGICAL MEDICAL GROUP, INC. AND ORDER |

It is hereby stipulated by and between all parties having appeared in the above-entitled action through their designated counsel of record, that the hearing on the motion for summary judgment on behalf of defendants AJIT S. NIJJAR, M.D., MODESTO RADIOLOGY IMAGING and MODESTO RADIOLOGICAL MEDICAL GROUP, INC. will be continued to February 27, 2012 at 1:30 p.m. in Department 2. The dates for opposition and reply papers will run with the new hearing date of February 27, 2012.

It is further stipulated by and between all parties that this stipulation may be signed in

///
///
///
///

1

STIPULATION FOR CONTINUANCE OF
MOTION FOR SUMMARY JUDGMENT

counter parts and that a faxed copy of the signatures will be as valid as an original.

Dated: 1/9/12                                   SCARLETT LAW GROUP

By: /s/ Randall H. Scarlett
    Randall H. Scarlett, Esq.
    Attorneys for Plaintiffs
    TAMMY PINEDA and SERGIO PINEDA

Dated: 1/10/12                                  SCHEUERMAN, MARTINI & TABARI

By: /s/ David Scheuerman
    David Scheuerman, Esq.
    Attorneys for Defendants STANFORD
    HOSPITAL and CLINICS

Dated: 1/10/12                                  McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH

By: /s/ Matthew Hawkins
    Matthew Hawkins, Esq.
    Attorneys for Defendant
    JOSEPH FLUENCE, M.D.

Dated: 1/10/12                                  OFFICE OF THE UNITED STATES ATTORNEY

By: /s/ Alyson A. Berg
    Alyson A. Berg, Esq.
    Counsel of Defendant
    UNITED STATES

Dated: 1/10/12                                  RIGGIO MORDAUNT & KELLY

By: /s/ Peter J. Kelly
    Peter J. Kelly, Esq.
    Attorneys for Defendants
    AJIT S. NIJJAR, M.D. and  MODESTO
    RADIOLOGICAL MEDICAL GROUP,
    INC.

///

///

///

Riggio, Mordaunt & Kelly
2509 W March Lane
Suite 200
Stockton, CA 95207
(209) 473-8732

2

STIPULATION FOR CONTINUANCE OF MOTION FOR SUMMARY JUDGMENT

**O R D E R**

Having reviewed and considered the foregoing stipulation of the parties,

IT IS ORDERED that the hearing on the motion for summary judgment on behalf of defendants AJIT S. NIJJAR, M.D., MODESTO RADIOLOGY IMAGING and MODESTO RADIOLOGICAL MEDICAL GROUP, INC. will be continued to February 27, 2012 at 1:30 p.m. in Department 2.  The dates for opposition and reply papers will run with the new hearing date of February 27, 2012.

IT IS SO ORDERED.

Dated:   January 10, 2012                                _____
                                                                            CHIEF UNITED STATES DISTRICT JUDGE

---

STIPULATION FOR CONTINUANCE OF
MOTION FOR SUMMARY JUDGMENT

3

Riggio, Mordaunt & Kelly
2509 W March Lane
Suite 200
Stockton, CA 95207
(209) 473-8732