RANDALL H. SCARLETT, ESQ. (SBN 135554)
SCARLETT LAW GROUP
536 Pacific Avenue, 1st Floor
San Francisco, CA 94133
Telephone: (415) 352-6264
Facsimile: (415) 352-6265
rscarlett@scarlettlawgroup.com

Attorneys for Plaintiffs
TAMMY PINEDA and
SERGIO PINEDA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| TAMMY PINEDA and SERGIO PINEDA<br><br>Plaintiffs,<br><br>vs.<br><br>GOLDEN VALLEY HEALTH CENTERS, MODESTO RADIOLOGY MEDICAL GROUP, INC., MODESTO RADIOLOGY IMAGING AND AJIT S. NIJAR, M.D., JOSEPH FLUENCE, M.D., WARREN DAVID CLIFT, M.D., STANFORD HOSPITAL AND CLINICS, and DOES 1-100, INCLUSIVE,<br><br>Defendants. | Case No.: 1:11 CV 01399 AWI BAM<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT ON BEHALF OF DEFENDANTS MODESTO RADIOLOGY MEDICAL GROUP, INC., MODESTO RADIOLOGY IMAGING AND AJIT S. NIJAR, M.D.** |

It is hereby stipulated by and among all parties having appeared in the above-entitled action, through their designated counsel of record, that the hearing on the Motion for Summary Judgment on behalf of defendants Modesto Radiology Medical Group, Inc., Modesto Radiology Imaging and Ajit S. Nijar, M.D., will be continued to April 9, 2012, at 1:30 p.m., in Department 2. The dates for the opposition and reply papers will run with the new hearing date of April 9, 2012.

It is further stipulated by and among the parties that this Stipulation may be signed in counterparts and that a faxed copy will have the same validity as an original.

**IT IS SO STIPULATED.**

Dated: January ___, 2012          SCARLETT LAW GROUP

_____
RANDALL H. SCARLETT, ESQ.
KIM H. TRAN, ESQ.
Attorneys for Plaintiffs TAMMY PINEDA and SERGIO PINDEA

Dated: January ___, 2012          RIGGIO, MORDAUNT, KELLY & LUTTERMAN

_____
PETER KELLY, ESQ.
STEPHANIE ROUNDY, ESQ.
Attorneys for Defendants MODESTO RADIOLOGICAL MEDICAL GROUP, INC.; MODESTO RADIOLOGY IMAGING, AJIT S. NIJJAR, M.D.

Dated: January ___, 2012          McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH

_____
MATTHEW K. HAWKINS, ESQ.
LOURA ERICKSON, ESQ.
Attorneys for Defendant JOSEPH FLUENCE, MD

Dated: January ___, 2012          SHEUERMAN, MARTINI & TABARI

_____
DAVID SHEUERMAN, ESQ.
ANNE HILLEARY, ESQ.
Attorneys for Defendants STANFORD HOSPITAL AND CLINICS

*SCARLETT LAW GROUP*
*536 Pacific Avenue*
*San Francisco, CA 94133*

2
**STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT ON BEHALF OF DEFENDANTS MODESTO RADIOLOGY MEDICAL GROUP, INC., MODESTO RADIOLOGY IMAGING AND AJIT S. NIJAR, M.D.** (Case No. 1:11 CV 01399 AWI BAM)

Dated: January ___, 2012                    OFFICE OF THE UNITED STATES ATTORNEY

 

_____
ALYSON A. BERG
Counsel for Defendant UNITED STATES

### ORDER

Pursuant to Stipulation of the parties herein, and for good cause shown, it is hereby ordered that defendants Modesto Radiology Medical Group, Inc., Modesto Radiology Imaging and Ajit S. Nijar, M.D.'s Motion for Summary Judgment is continued to April 9, 2012, at 1:30 p.m., in Department 2.  The dates for opposition and reply papers will run with the new hearing date of April 9, 2012.

IT IS SO ORDERED.

Dated:  January 31, 2012                    _____
                                                               CHIEF UNITED STATES DISTRICT JUDGE

*SCARLETT LAW GROUP, 536 Pacific Avenue, San Francisco, CA 94133*

3

**STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT ON BEHALF OF DEFENDANTS MODESTO RADIOLOGY MEDICAL GROUP, INC., MODESTO RADIOLOGY IMAGING AND AJIT S. NIJAR, M.D.**  (Case No. 1:11 CV 01399 AWI BAM)