David Sheuerman (SBN 78132)
Anne Hilleary (SBN 136106)
SHEUERMAN, MARTINI & TABARI
A Professional Corporation
1033 Willow Street
San Jose, California 95125
Telephone [408] 288-9700
Facsimile  [408] 295-9900
Email: dsheuerman@smtlaw.com

Attorneys for Defendant
STANFORD HOSPITAL & CLINICS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| TAMMY PINEDA and SERGIO PINEDA, | CASE NO. 1:11 CV 01399 AWI  BAM |
| Plaintiffs, | |
| v. | **STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT ON BEHALF OF DEFENDANT STANFORD HOSPITAL & CLINICS** |
| GOLDEN VALLEY HEALTH CENTERS; MODESTO RADIOLOGY MEDICAL GROUP, INC.; MODESTO RADIOLOGY IMAGING; AJIT S. NIJJAR, M.D.; JOSEPH FLUENCE, M.D.; WARREN DAVID CLIFT, M.D.; STANFORD HOSPITAL AND CLINICS; and DOES 1-100, Inclusive, | |
| Defendants. | |

It is hereby stipulated by and among all parties having appeared in the above-entitled action, through their designated counsel of record, that the hearing on the Motion for Summary Judgment on behalf of defendant STANFORD HOSPITAL & CLINICS will be continued to April 9, 2012 at 1:30 p.m. in Department 2.  The dates for the Opposition and Reply papers will run with the new hearing date of April 9, 2012.

It is further stipulated by and among the parties that this Stipulation may be signed in

//

//

//

counterparts and that a faxed copy will have the same validity as an original.

Dated:     1-24   , 2012            SCARLETT LAW GROUP

                                    By: /s/ Randall H. Scarlett
                                        Randall H. Scarlett
                                        Attorneys for Plaintiffs
                                        TAMMY PINEDA and
                                        SERGIO PINEDA


Dated:     1-24   , 2012            SHEUERMAN, MARTINI & TABARI

                                    By: /s/ David Sheuerman
                                        David Sheuerman
                                        Anne Hilleary
                                        Attorneys for Defendant
                                        STANFORD HOSPITAL & CLINICS


Dated:     1-30   , 2012            McCORMICK, BARSTOW, SHEPPARD
                                    WAYTE & CARRUTH

                                    By: /s/ Matthew Hawkins
                                        Matthew Hawkins
                                        Attorneys for Defendant
                                        JOSEPH FLUENCE, M.D.


Dated:     1-25   , 2012            OFFICE OF THE UNITED STATES
                                    ATTORNEY

                                    By: /s/ Alyson A. Berg
                                        Alyson A. Berg
                                        Counsel for Defendant
                                        UNITED STATES


Dated:     1-26   , 2012            RIGGIO MORDAUNT & KELLY

                                    By:/s/   Stephanie Roundy for
                                        Peter Kelley
                                        Attorneys for Defendants
                                        AJIT S. Nijjar, M.D. and MODESTO
                                        RADIOLOGICAL MEDICAL GROUP,
                                        INC.

2
**STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT
ON BEHALF OF DEFENDANT STANFORD HOSPITAL & CLINICS**

**O R D E R**

Having reviewed and considered the foregoing stipulation of the parties,

IT IS ORDERED that the hearing on the Motion for Summary Judgment on behalf of defendant STANFORD HOSPITAL & CLINICS is continued to April 9, 2012 at 1:30 p.m. in Department 2.  The dates for the Opposition and Reply papers will run with the new hearing date of April 9, 2012.

IT IS SO ORDERED.

Dated:   January 31, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE