David Sheuerman (SBN 78132)
Anne Hilleary (SBN 136106)
SHEUERMAN, MARTINI & TABARI
A Professional Corporation
1033 Willow Street
San Jose, California 95125
Telephone [408] 288-9700
Facsimile  [408] 295-9900
Email: dsheuerman@smtlaw.com

Attorneys for Defendant
STANFORD HOSPITAL & CLINICS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| TAMMY PINEDA and SERGIO PINEDA,<br><br>              Plaintiffs,<br><br>        v.<br><br>GOLDEN VALLEY HEALTH CENTERS;<br>MODESTO RADIOLOGY MEDICAL GROUP,<br>INC.; MODESTO RADIOLOGY IMAGING;<br>AJIT S. NIJJAR, M.D.; JOSEPH FLUENCE,<br>M.D.; WARREN DAVID CLIFT, M.D.;<br>STANFORD HOSPITAL AND CLINICS; and<br>DOES 1-100, Inclusive,<br><br>              Defendants. | CASE NO. 1:11 CV 01399 AWI  BAM<br><br>**STIPULATION AND ORDER TO<br>CONTINUE HEARING ON MOTION<br>FOR SUMMARY JUDGMENT ON<br>BEHALF OF DEFENDANT STANFORD<br>HOSPITAL & CLINICS** |

It is hereby stipulated by and among all parties having appeared in the above-entitled action, through their designated counsel of record, that the hearing on the Motion for Summary Judgment on behalf of defendant STANFORD HOSPITAL & CLINICS will be continued to April 9, 2012 at 1:30 p.m. in Department 2.  The dates for the Opposition and Reply papers will run with the new hearing date of April 9, 2012.

It is further stipulated by and among the parties that this Stipulation may be signed in

//

//

//

---

1
**STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT
ON BEHALF OF DEFENDANT STANFORD HOSPITAL & CLINICS**

counterparts and that a faxed copy will have the same validity as an original.

Dated: ____1-24____, 2012          SCARLETT LAW GROUP

                                   By: /s/ Randall H. Scarlett
                                       Randall H. Scarlett
                                       Attorneys for Plaintiffs
                                       TAMMY PINEDA and
                                       SERGIO PINEDA


Dated: ____1-24____, 2012          SHEUERMAN, MARTINI & TABARI

                                   By: /s/ David Sheuerman
                                       David Sheuerman
                                       Anne Hilleary
                                       Attorneys for Defendant
                                       STANFORD HOSPITAL & CLINICS


Dated: ____1-30____, 2012          McCORMICK, BARSTOW, SHEPPARD
                                   WAYTE & CARRUTH

                                   By: /s/ Matthew Hawkins
                                       Matthew Hawkins
                                       Attorneys for Defendant
                                       JOSEPH FLUENCE, M.D.


Dated: ____1-25____, 2012          OFFICE OF THE UNITED STATES
                                   ATTORNEY

                                   By: /s/ Alyson A. Berg
                                       Alyson A. Berg
                                       Counsel for Defendant
                                       UNITED STATES


Dated: ____1-26____, 2012          RIGGIO MORDAUNT & KELLY

                                   By:/s/  Stephanie Roundy for
                                       Peter Kelley
                                       Attorneys for Defendants
                                       AJIT S. Nijjar, M.D. and MODESTO
                                       RADIOLOGICAL MEDICAL GROUP,
                                       INC.

**O R D E R**

Having reviewed and considered the foregoing stipulation of the parties,

IT IS ORDERED that the hearing on the Motion for Summary Judgment on behalf of defendant STANFORD HOSPITAL & CLINICS is continued to April 9, 2012 at 1:30 p.m. in Department 2. The dates for the Opposition and Reply papers will run with the new hearing date of April 9, 2012.

IT IS SO ORDERED.

Dated:   January 31, 2012

CHIEF UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT
ON BEHALF OF DEFENDANT STANFORD HOSPITAL & CLINICS**