Peter J. Kelly, Esq., Bar No. 50878
Stephanie Roundy, Esq., Bar No. 211871
RIGGIO MORDAUNT & KELLY
A Professional Law Corporation
2509 West March Lane, Suite 200
Stockton, CA 95207
Telephone: (209) 473-8732

Attorneys for Defendants
AJIT S. NIJJAR, M.D., MODESTO RADIOLOGICAL MEDICAL GROUP, INC. and MODESTO RADIOLOGY IMAGING

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| TAMMY PINEDA and SERGIO PINEDA,<br><br>            Plaintiff(s),<br><br>vs.<br><br>GOLDEN VALLEY HEALTH CENTERS, JAMES A. KRAUS, M.D.; SUSAN KRAUSE, M.D., et al.<br><br>            Defendant(s). | Case No. 1:11-cv-01399-AWI-BAM<br><br>ORDER ON STIPULATION FOR PHYSICAL EXAMINATION OF PLAINTIFF TAMMY PINEDA |

The stipulation of counsel having been read and considered and good cause appearing, the following is ordered:

IT IS HEREBY ORDERED pursuant to Fed.R.Civ.P. 35 that defendant's physical examination of plaintiff be conducted by Bruce Adornato, M.D. as follows:

1. Plaintiff Tammy Pineda shall attend her medical examination on September 4, 2012, at 10:00 a.m., at the offices of Bruce Adornato, M.D., located at 326 Bryant Street in Palo Alto, California.

2. The examination will be conducted for the purpose of determining the nature and extent of plaintiff Tammy Pineda's physical injuries and the relationship thereof to the claims

1

which are the subject of this litigation, and will consist of all necessary and customary activities required to make such a determination, including but not limited to medical history, history of the ailments relating to the claims of this lawsuit, and physical examination and evaluation.

   3. Any paperwork proposed to be completed by plaintiff will be provided to plaintiff's counsel at least two weeks prior to the examination.

   4. Defendants will bear the cost of the examination.

   5. Counsel for defendants shall serve upon counsel for plaintiff a copy of the examining physician's report once it has been completed.

IT IS SO ORDERED.

 Dated: **August 8, 2012**    /s/ Barbara A. McAuliffe
                UNITED STATES MAGISTRATE JUDGE

2