Peter J. Kelly, Esq., Bar No. 50878
Stephanie Roundy, Esq., Bar No. 211871
RIGGIO MORDAUNT & KELLY
A Professional Law Corporation
2509 West March Lane, Suite 200
Stockton, CA  95207
Telephone: (209) 473-8732

Attorneys for Defendants
AJIT S. NIJJAR, M.D., MODESTO
RADIOLOGICAL MEDICAL GROUP,
INC. and MODESTO RADIOLOGY IMAGING

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| TAMMY PINEDA and SERGIO PINEDA,<br><br>           Plaintiff(s),<br><br>vs.<br><br>GOLDEN VALLEY HEALTH CENTERS, JAMES A. KRAUS, M.D.; SUSAN KRAUSE, M.D., et al.<br><br>           Defendant(s). | Case No. 1:11-cv-01399-AWI-BAM<br><br>**ORDER ON STATE COURT DISCOVERY** |

The stipulation of counsel having been read and considered and good cause appearing, the following is ordered:

IT IS HEREBY ORDERED that the responses to discovery requests conducted in state court prior to the removal of this case, including form interrogatories, special interrogatories and demands for production, will be admissible in the current action pending in federal court Case No. 1:11-CV-01399-AWI-BAM.

IT IS HEREBY ORDERED that any discovery issues pertaining to the discovery conducted in state court prior to removal of this action which cannot be resolved through an informal meet and

1

(PROPOSED) ORDER

confer process will be subject to a motion to compel to be resolved by the magistrate judge overseeing this case.

IT IS FURTHER ORDERED that is further stipulated by and between all parties that this stipulation may be signed in Counter parts and that a faxed copy of the signatures will be as valid as an original.

IT IS SO ORDERED.

Dated: __August 8, 2012__          /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE

2

(PROPOSED) ORDER