BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY PINEDA and SERGIO PINEDA, <br><br> Plaintiffs, <br><br> v. <br><br> GOLDEN VALLEY HEALTH CENTERS; MODESTO RADIOLOGICAL MEDICAL GROUP, INC.; MODESTO RADIOLOGY IMAGING; AJIT S. NIJJAR, M.D.; JOSEPH FLUENCE, M.D.; WARREN DAVID CLIFT, M.D.; STANFORD HOSPITAL AND CLINICS; and DOES 1-100, Inclusive, <br><br> Defendants. | Case No. 1:11-cv-01399 AWI-BAM <br><br> **STIPULATION FOR SETTLEMENT CONFERENCE; ORDER** |

Plaintiffs Tammy Pineda and Sergio Pineda ("Plaintiffs") and Defendants United States of America ("United States"), Stanford Hospital and Clinics ("Stanford"), Joseph Fluence, M.D. ("Fluence"), Modesto Radiological Medical Group, Ajit Nijjar, M.D. and Modesto Radiology Imaging ("Nijjar"), through their counsel of record herein, hereby stipulate and agree to a Settlement Conference before the Honorable Judge McAuliffe on September 6, 2012, to commence at 9:30 a.m in Courtroom 8.

///

///

///

|     |                         |     |                                      |
|-----|-------------------------|-----|--------------------------------------|
| 1   |                         |     | Respectfully submitted,              |
| 2   | Dated: August 3, 2012   |     | BENJAMIN B. WAGNER<br>United States Attorney |
| 3   |                         | By: | /s/Alyson A. Berg                    |
| 4   |                         |     | ALYSON A BERG<br>Assistant U.S. Attorney |

Dated: August 3, 2012    SHEUERMAN, MARTINI & TABARI

(As authorized 08/03/12)
By:  /s/Anne Hilleary
ANNE HILLEARY
Attorneys for Defendant STANFORD
HOSPITAL AND CLINICS

Dated: August 3, 2012    RIGGIO, MORDAUNT & KELLY

(As authorized 08/03/12)
By:  /s/Stephanie Roundy
STEPHANIE ROUNDY
Attorneys for Defendants MODESTO
RADIOLOGICAL MEDICAL GROUP,
INC.; MODESTO RADIOLOGY
IMAGING, AJIT S. NIJJAR, M.D.

Dated: August 3, 2012    SCARLETT LAW GROUP

(As authorized 08/03/12)
By:  /s/Robert E. Ormiston
ROBERT E. ORMISTON
Attorneys for Plaintiffs TAMMY PINEDA
and SERGIO PINEDA

## ORDER

IT IS SO ORDERED.  Settlement Conference hearing is set for September 6, 2012 at 9:30 a.m. in Courtroom 8 before Judge McAuliffe.  A Confidential Settlement Conference Statement is **MANDATORY** from each party, and must be submitted to Judge McAuliffe's

chambers, **at least seven (7) calendar days prior to the Settlement Conference**. Confidential Settlement Conference Statements are due e-mailed to bamorders@caed.uscourts.gov.

Dated:   August 15, 2012                    /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE