1   BENJAMIN B. WAGNER
United States Attorney
2   ALYSON A. BERG
Assistant United States Attorney
3   United States Courthouse
2500 Tulare Street, Suite 4401
4   Fresno, California 93721
Telephone:  (559) 497-4000
5   Facsimile:  (559) 497-4099

6   Attorneys for Defendant United States of America

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11  TAMMY PINEDA and SERGIO PINEDA )     Case No. 1:11-cv-01399 AWI-BAM
                                  )
        Plaintiffs,               )
12                                )
                                  )     **STIPULATION FOR SETTLEMENT**
13          v.                    )     **CONFERENCE; ORDER**
                                  )
14  GOLDEN VALLEY HEALTH CENTERS; )
    MODESTO RADIOLOGICAL MEDICAL  )
15  GROUP, INC.; MODESTO RADIOLOGY )
    IMAGING; AJIT S. NIJJAR, M.D.; )
16  JOSEPH FLUENCE, M.D.; WARREN  )
    DAVID CLIFT, M.D.; STANFORD   )
17  HOSPITAL AND CLINICS; and     )
    DOES 1-100, Inclusive,        )
18                                )
        Defendants.               )
19  _____)

20          Plaintiffs Tammy Pineda and Sergio Pineda ("Plaintiffs") and Defendants United States

21  of America ("United States"), Stanford Hospital and Clinics ("Stanford"), Joseph Fluence, M.D.

22  ("Fluence"), Modesto Radiological Medical Group, Ajit Nijjar, M.D. and Modesto Radiology

23  Imaging ("Nijjar"), through their counsel of record herein, hereby stipulate and agree to a

24  Settlement Conference before the Honorable Judge McAuliffe on September 6, 2012, to

25  commence at 9:30 a.m in Courtroom 8.

26  ///

27  ///

28  ///

                                    1

1             Respectfully submitted,

2 Dated: August 3, 2012     BENJAMIN B. WAGNER
                United States Attorney

3

4         By:  /s/Alyson A. Berg
               ALYSON A BERG
5               Assistant U.S. Attorney

6 Dated: August 3, 2012     SHEUERMAN, MARTINI & TABARI

7               (As authorized 08/03/12)
         By:  /s/Anne Hilleary
8               ANNE HILLEARY
               Attorneys for Defendant STANFORD
9               HOSPITAL AND CLINICS

10 Dated: August 3, 2012     RIGGIO, MORDAUNT & KELLY

11              (As authorized 08/03/12)
        By:  /s/Stephanie Roundy
12              STEPHANIE ROUNDY
              Attorneys for Defendants MODESTO
13              RADIOLOGICAL MEDICAL GROUP,
              INC.; MODESTO RADIOLOGY
14              IMAGING, AJIT S. NIJJAR, M.D.

15 Dated: August 3, 2012     SCARLETT LAW GROUP

16              (As authorized 08/03/12)
         By:  /s/Robert E. Ormiston
17              ROBERT E. ORMISTON
              Attorneys for Plaintiffs TAMMY PINEDA
18              and SERGIO PINEDA

19

20

21

22

23

24          **ORDER**

25

26    IT IS SO ORDERED.  Settlement Conference hearing is set for September 6, 2012 at

27 9:30 a.m. in Courtroom 8 before Judge McAuliffe.   A Confidential Settlement Conference

28 Statement is **<u>MANDATORY</u>** from each party,  and must be submitted to Judge McAuliffe's

chambers, **at least seven (7) calendar  days prior to the Settlement Conference**.

Confidential Settlement Conference Statements are due e-mailed to

bamorders@caed.uscourts.gov.

Dated:   August 15, 2012                                  /s/ Barbara A. McAuliffe
                                                  UNITED STATES MAGISTRATE JUDGE

3