RANDALL H. SCARLETT, ESQ. (SBN 135554)
ROBERT E. ORMISTON, ESQ. (SBN 141857)
SCARLETT LAW GROUP
536 Pacific Avenue, 1st Floor
San Francisco, CA 94133

Attorneys for Plaintiffs
TAMMY PINEDA and
SERGIO PINEDA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| TAMMY PINEDA and SERGIO PINEDA<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, MODESTO RADIOLOGY MEDICAL GROUP, INC., MODESTO RADIOLOGY IMAGING AND AJIT S. NIJAR, M.D., STANFORD HOSPITAL AND CLINICS, and DOES 1-100, INCLUSIVE,<br><br>Defendants. | Case No.: 1:11-cv-1399 AWI BAM<br><br>**STIPULATION AND ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FINALIZE DISMISSAL OF ACTION** |

### ORDER

Good cause having been shown and based on this request, IT IS HEREBY ORDERED that Plaintiffs' Request for Extension of Time to Finalize Dismissal of Action is GRANTED. Plaintiffs shall file appropriate papers to dismiss or conclude this action in its entirety by November 30, 2012.

IT IS SO ORDERED.

Dated:     November 13, 2012

                                    /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE