RANDALL H. SCARLETT, ESQ. (SBN 135554)
ROBERT E. ORMISTON, ESQ. (SBN 141857)
SCARLETT LAW GROUP
536 Pacific Avenue, 1st Floor
San Francisco, CA 94133
Telephone:  (415) 352-6264
Facsimile:   (415) 352-6265
rscarlett@scarlettlawgroup com
reo@scarlettlawgroup.com

Attorneys for Plaintiffs
TAMMY PINEDA and
SERGIO PINEDA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| TAMMY PINEDA and  SERGIO PINEDA<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, MODESTO RADIOLOGY MEDICAL GROUP, INC., MODESTO RADIOLOGY IMAGING AND AJIT S. NIJAR, M.D., STANFORD HOSPITAL AND CLINICS, and DOES 1-100, INCLUSIVE,<br><br>Defendants. | Case No.: 1:11 CV 01399 AWI BAM<br><br>**STIPULATION FOR DISMISSAL AND PROPOSED ORDER**<br><br>Trial : July 30, 2013 |

Pursuant to the terms of a written Settlement Agreements and Releases, as well as the provisions of Federal Rules of Civil Procedure 41(a)(1), the parties hereby stipulate that this action be dismissed with prejudice.

Dated: November 28, 2012

SCARLETT LAW GROUP

/s/
_____
RANDALL H. SCARLETT, ESQ.
ROBERT E. ORMISTON, ESQ.
Attorneys for Plaintiffs TAMMY PINEDA and SERGIO PINEDA

1
**STIPULATION FOR DISMISSAL AND PROPOSED ORDER** (Case No. 1:11 CV 01399 AWI BAM)

SCARLETT LAW GROUP
536 Pacific Avenue
San Francisco, CA 94133

| | |
|---|---|
| Dated: November ___, 2012 | RIGGIO, MORDAUNT, KELLY & LUTTERMAN |
| | /s/ |
| | _____ |
| | PETER KELLY, ESQ. |
| | STEPHANIE ROUNDY, ESQ. |
| | Attorneys for Defendants MODESTO RADIOLOGICAL MEDICAL GROUP, INC.; MODESTO RADIOLOGY IMAGING, AJIT S. NIJJAR, M.D. |
| Dated: November ___, 2012 | SHEUERMAN, MARTINI & TABARI |
| | /s/ |
| | _____ |
| | DAVID SHEUERMAN, ESQ. |
| | ANNE HILLEARY, ESQ. |
| | Attorneys for Defendants STANFORD HOSPITAL AND CLINICS |
| Dated: November ___, 2012 | BENJAMIN B. WAGNER |
| | UNITED STATES ATTORNEY |
| | /s/ |
| | _____ |
| | ALYSON A. BERG, ESQ. |
| | Assistant United States Attorney |
| | Attorneys for Defendant UNITED STATES |

**ORDER OF DISMISSAL**

The above stipulation is APPROVED, and this action is hereby dismissed with prejudice, each party to bear their own fees and costs.

IT IS SO ORDERED.

Dated: **December 3, 2012**        **/s/ Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE